In the Matter of the Liquidation of NATIONAL SURETY COMPANY. HENRY K. BURNS et al., Constituting the Protective Committee for Unsecured Creditors of National Surety Company, et al., Appellants; SUPERINTENDENT OF INSURANCE OF STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, et al., Respondents. (Two Appeals.)

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. IRENE MILINKOVITCH, Appellant; SUPERINTENDENT OF INSURANCE OF STATE OF NEW YORK, as Liquidator of NATIONAL SURETY COMPANY, et al., Respondents.

Argued January 10, 1939; decided February 21, 1939.

*J. Seymour Montgomery, Jr., John S. Montgomery* and *Frederic H. Poor, Jr.*, for Henry K. Burns et al., appellants.

*Louis Boehm* and *Samuel Zeiger* for Irene Milinkovitch, appellant.

*Edward F. Keenan* and *Samuel Boksenbom* for Superintendent of Insurance, respondent.

*Edwin D. Hays, Ralph Wolf* and *James M. Grossman* for National Bondholders Corporation et al., respondents.

Order affirmed, with costs; no opinion. (See 280 N. Y. 688, 812.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.